# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

WILLIAM BLAKE BURNS AND
ALICIA BURNS,                                                                      PLAINTIFFS,

VS.                                                      CIVIL ACTION NO. 2:07CV0130-P-A

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
AND JOHN DOES 1-5,                                                                 DEFENDANTS.

## ORDER

This matter comes before the court upon Defendant Metropolitan Property and Casualty Insurance Company's Motion to Permit Remand Related Discovery [12]. After due consideration of the motion, the court finds as follows, to-wit:

The defendant filed the instant motion on August 29, 2007. The plaintiffs' response was due September 17, 2007, but no such response was filed. Nevertheless, the court finds on the merits that the defendants should be permitted to propound the two Requests for Admission attached as Exhibit "A" to the defendant's instant motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Metropolitan Property and Casualty Insurance Company's Motion to Permit Remand Related Discovery [12] is **GRANTED** insofar as the defendant may propound the two Requests for Admission attached as Exhibit "A" to the defendant's Motion to Permit Remand Related Discovery.

**SO ORDERED** this the 24th day of September, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE